IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 20 P 1: 20

CLERK
SO. DIST. OF GA.

RICHARD A. RUDOLPH, JR.,

Petitioner,

v.

CIVIL ACTION NO.: CV205-062

WILLIAM SMITH, Sheriff, and
JAMES DONALD, Commissioner,
Georgia Department of Corrections,

Respondents.

# ORDER

Petitioner, an inmate at the Camden County Safety Complex in Woodbine, Georgia, has filed this *in forma pauperis* action under 28 U.S.C. § 2254, contesting the legality of his confinement. Petitioner attacks a conviction obtained in the Superior Court of Camden County, Georgia. Respondent has moved to dismiss the petition for failure to exhaust available state remedies.

"An application for a writ of *habeas corpus* on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears - (A) that the applicant has exhausted the remedies available in the Courts of the State, ...." 28 U.S.C. § 2254(b)(1)(A) "An applicant shall not be deemed to have exhausted the remedies available in the courts of the State, within the meaning of this section, if he has the right under the law of the State to raise, by any available procedure, the question presented." 28 U.S.C. § 2254(c). It appears that Petitioner has not exhausted the remedies available to him in the courts of the State of Georgia with regard to the claims made in this case. This court is precluded from a consideration of "unexhausted" claims.

AO 72A
(Rev. 8/82)

Accordingly, Petitioner is allowed a period of twenty (20) days from the date of this Order to advise the court whether he asserts that he has exhausted his claims. If Petitioner does not establish sufficient exhaustion within said twenty (20) day period of time, this court will enter an Order dismissing this action, without prejudice, pursuant to Rose vs. Lundy, 455 U.S. 509, 102 S. Ct. 1198, 71 L. Ed.2d 379 (1982).

**SO ORDERED**, this 20th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

RUDOLPH )

vs ) CASE NUMBER CV205-62

SMITH, ET AL ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/20/05 , which is part of the official record of this case.

Date of Mailing: 6/20/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: /s/ Sherry Taylor
Sherry Taylor, Deputy Clerk

**Name and Address**

Jason Fisher
Richard Rudolph Jr, EF536540/1145064, Camden Co. Public Safety Complex, P.O. Box 520, Woodbine, GA 31569

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate