# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RICHARD A. RUDOLPH, JR.

    Petitioner,

v.

WILLIAM SMITH, Sheriff, and
JAMES DONALD, Commissioner,
Georgia Department of Corrections,

    Respondents.

CIVIL ACTION NO.: CV205-062

## ORDER

Petitioner, an inmate presently incarcerated at the Camden County Safety Complex in Woodbine, Georgia, initiated an action pursuant to the provisions of 28 U.S.C. § 2254 so as to contest the legality of his present confinement. Petitioner has filed a Motion for Evidentiary Hearing, that is titled "Motion for Hearing Due to Extraordinary De No Boe." (Doc. 9.)

Rule 8(a) of the Rules Governing Section 2254 Cases in the United States District Courts provides, in part, that ". . . the judge, after the answer and the transcript and record of state court proceedings are filed, shall, upon a review of those proceedings and of the expanded record, if any, determine whether an evidentiary hearing is required."

As an evidentiary hearing is not required, Petitioner's request is **DENIED**.

**SO ORDERED**, this 23 day of June, 2005.

                              JAMES E. GRAHAM
                              UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)